# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Derek Lamont Allison,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-44/3:99-cr-165

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/31/05 Order.

**Signed: June 1, 2005**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court